UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROBERT E. STONEKING, II                      CIVIL ACTION NO. 09-1020

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

U.S. COMMISSIONER SOCIAL                      MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees (Record Document 21) is **GRANTED** and that attorney John G. Ratcliff is awarded fees pursuant to 42 U.S.C. § 406(b) in the amount of $14,069.63, to be paid to him from that portion of past due benefits awarded Plaintiff that has been withheld by the Social Security Administration.

**IT IS FURTHER ORDERED** that attorney Ratcliff is directed to, upon receipt of those funds, deliver to Plaintiff the $2,280 earlier awarded pursuant to the EAJA.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 2nd day of August, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE